IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

G&G CLOSED CIRCUIT EVENTS, LLC,

    Plaintiff,

v.

ICEBAR ATLANTA, LLC d/b/a ICEBAR and BOBBY LEE,

    Defendants.

CIVIL ACTION NO.
1:19-CV-1639-LMM

## ORDER

This case comes before the Court on Defendants' *pro se* Motion to Set Aside Default [10]. That Motion is **GRANTED, as unopposed**. Default is set aside as to all Defendants.

The Court notes that Bobby Lee filed this motion *pro se*, purportedly on behalf of himself and the corporate defendant. Under the Local Rules of this Court, Defendant Icebar Atlanta, LLC as a limited liability corporation is required to be represented by counsel. Defendant Icebar Atlanta, LLC is **ORDERED** to obtain counsel within 21 days of this Order. LR 83.1E(2)(b)(I) & 83.1E(4), NDGa. If Defendant cannot obtain counsel within the time required, it should file a motion for extension of time with the Court, advising the Court whether the other party consents to the extension and why the extension is required. Defendant is **ADVISED** that the failure to comply with this order may result in the imposition of sanctions, including default once again. See id.

The Clerk is **DIRECTED** to resubmit this matter to the undersigned in 22 days.

**IT IS SO ORDERED** this 1st day of July, 2019.

_____
Leigh Martin May
United States District Judge